**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 16-1811**

MARGUERITE E. EDWARDS,

        Plaintiff - Appellant,

    v.

THOMAS J. VILSAK, Secretary US Department of Agriculture
Animal and Plant Health Inspection Service,

        Defendant - Appellee.

Appeal from the United States District Court for the District of
Maryland, at Greenbelt.  Deborah K. Chasanow, Senior District
Judge.  (8:15-cv-01823-DKC)

Submitted:  September 29, 2016      Decided:  October 3, 2016

Before SHEDD, KEENAN, and HARRIS, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Marguerite E. Edwards, Appellant Pro Se.  Jane Elizabeth
Andersen, OFFICE OF THE UNITED STATES ATTORNEY, Jakarra Jenise
Jones, Assistant United States Attorney, Baltimore, Maryland,
for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Marguerite E. Edwards appeals the district court's order granting summary judgment to Defendant in her civil action under Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §§ 2000e to 2000e-17 (2012), and the Age Discrimination in Employment Act of 1967, as amended, 29 U.S.C.A. §§ 621-34 (West 2008 & Supp. 2016). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Edwards v. Vilsak, No. 8:15-cv-01823-DKC (D. Md. July 7, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED

2